■ In the Matter of THEODORE H. GREY, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—By decision and order dated June 13, 1986, this court granted the motion of petitioner Committee on Professional Standards for a default judgment in this disciplinary proceeding, found respondent guilty of the misconduct alleged in the petition and suspended him for a period of one year commencing July 14, 1986 (Matter of Grey, 122 AD2d 626).

Respondent now moves to set aside the default, for a hearing in mitigation and for other relief.

We are not persuaded that the various factors now advanced by respondent warrant setting aside his default or modification of the discipline previously imposed.

Accordingly, respondent's motion is denied. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.